IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30871
Summary Calendar
_____

RUSSELL MILLS, JR.,

Plaintiff-Appellant,

versus

CHARLES C. FOTI, JR., Sheriff;
LT. HOWARD; MEDICAL STAFF, Community
Correctional Center; DR. ROBERTSON,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Eastern District of Louisiana
USDC No. 94-CV-4178-R

_____

February 22, 1996

Before REAVLEY, SMITH and PARKER, Circuit Judges.

PER CURIAM:[*]

Russell Mills, Jr., appeals the dismissal with prejudice of

his 42 U.S.C. § 1983 complaint.  Mills alleged that while he was

a pretrial detainee and while he was incarcerated as an inmate,

the defendants denied him adequate medical treatment.  After

trial before the magistrate judge, full findings were made by

order dated July 6, 1995.  The district judge then confirmed

---

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

those findings by its order of August 15, 1995.  It has been determined that Mills received reasonable medical treatment and that none of the defendants were indifferent to his medical needs.  Mills shows no constitutional deprivation.  Nor does he show how he was prejudiced by the absence of the doctor he wished to testify.

AFFIRMED.